**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-1435-RM

JAMES SHAW

Plaintiff,

v.

PRISONERS TRANSPORTATION SERVICES OF AMERICA, LLC
JOHN DOE 1, in his individual and official capacity,
JOHN DOE 2, in his individual and official capacity,
JOHN DOE 3, in his individual and official capacity,

Defendants.

---

**PROTECTIVE ORDER**

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed Defendant's Motion for Protective Order and the file and having been fully advised in the premises, the Court Hereby

ORDERS that:

The social security numbers and dates of birth of prisoners provided in Defendant's disclosures are confidential and are not to be disclosed by Plaintiff's counsel to Plaintiff or to any individual or company outside of the above-captioned lawsuit.

Dated: **Dec 17, 2013**

_____
**Kathleen M. Tafoya
United States Magistrate Judge**